UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:

    Jewell Sharita Bradford                    Chapter 13
                                                         Case No. 20-34846-KLP

    Debtor

_____

### **NOTICE OF APPEARANCE**

      Please take notice that Orlans PC has been retained as Attorney for Creditor, Lakeview Loan Servicing LLC, in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Date:  December 21, 2020

                                                    Respectfully submitted,

                                                    /s/Daniel K. Eisenhauer_____
                                                    Daniel K. Eisenhauer, Bar #85242
                                                    Orlans PC
                                                    PO Box 2548
                                                    Leesburg, VA 20177
                                                    (703) 777-7101
                                                    Attorneys for Lakeview Loan Servicing LLC
                                                    deisenhauer@orlans.com

## **CERTIFICATE OF SERVICE**

The undersigned states that on December 21, 2020, copies of the foregoing Notice of Appearance were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Carl M. Bates
341 Dial 866-813-0912 Code: 8576180
P. O. Box 1819
Richmond, VA 23218
station01@richchap13.com
*Bankruptcy Trustee*

James E. Kane
Kane & Papa, PC
1313 East Cary Street
P.O. Box 508
Richmond, VA 23218-0508
jkane@kaneandpapa.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Notice of Appearance to the following non-ECF participants:

Jewell Sharita Bradford
2900 Silvertail Court
Richmond, VA 23231
*Debtor*

/s/Daniel K. Eisenhauer
Daniel K. Eisenhauer, Esquire